✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the     DISTRICT OF     Massachusetts

United States of America

V.

Patrick Keogan

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16-mj-07186-JCB-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Scott Garland | Jane F. Peachy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/12/2016 - 8/12/2016 | Digital Recorder | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/12/2016 |  |  | Testimony - Special Agent Arnett |
|  |  |  |  |  |  |
| 1 |  | 8/12/2016 | Y | Y | Criminal Complaint & Affidavit filed in case # 16-mj-07186-JCB |
| 2 |  | 8/12/2016 | Y | Y | Photos from a warrant returned from Facebook of the defendant Patrick Keogan |
| 3 |  | 8/12/2016 | Y | Y | Still photo from a video of defendant Patrick Keogan at a gun store in NH |
| 4 |  | 8/12/2016 | Y | Y | Photos taken from defendant Patrick Keogan's kitchen area at his residence |
| 5 |  | 8/12/2016 | Y | Y | Wilmington Police department Arrest report as to defendant Patrick Keogan |
| 6 |  | 8/12/2016 | Y | Y | Mansfield police department arrest report as defendant Patrick Keogan |
| 7 |  | 8/12/2016 | Y | Y | Summary of Arrest report as to defendant Patrick Keogan |
|  | 8 | 8/12/2016 | Y | Y | Letter from an employers as to defendant Patrick Keogan |
|  | 9 | 8/12/2016 | Y | Y | Portions of a video from the day of defendant Patrick Keogan arrest |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages